JS 44C/SDNY
REV. 12/04/2024

**CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                                              DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER           ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same, been previously filed in SDNY at any time?  No ☐  Yes ☐   _____
(If yes, Judge Previously Assigned)

If yes, was this case  Vol. ☐  Invol. ☐   Dismissed.  No ☐  Yes ☐   If yes, give date _____ & Case No. _____

Is this an international arbitration case?      No ☐      Yes ☐

(PLACE AN [x] IN ONE BOX ONLY)                    **NATURE OF SUIT**

                                      **TORTS**                                                          **ACTIONS UNDER STATUTES**

**CONTRACT**                **PERSONAL INJURY**        **PERSONAL INJURY**        **FORFEITURE/PENALTY**    **BANKRUPTCY**              **OTHER STATUTES**

[ ] 110   INSURANCE         [ ] 310  AIRPLANE          [ ] 367 HEALTHCARE/         [ ] 625 DRUG RELATED     [ ] 422 APPEAL               [ ] 375 FALSE CLAIMS
[ ] 120   MARINE            [ ] 315  AIRPLANE PRODUCT       PHARMACEUTICAL PERSONAL     SEIZURE OF PROPERTY        28 USC 158            [ ] 376 QUI TAM
[ ] 130   MILLER ACT                 LIABILITY              INJURY/PRODUCT LIABILITY    21 USC 881           [ ] 423 WITHDRAWAL           [ ] 400 STATE
[ ] 140   NEGOTIABLE        [ ] 320  ASSAULT, LIBEL &  [ ] 365 PERSONAL INJURY     [ ] 690 OTHER                  28 USC 157                    REAPPORTIONMENT
          INSTRUMENT                 SLANDER                PRODUCT LIABILITY                                                           [ ] 410 ANTITRUST
[ ] 150   RECOVERY OF       [ ] 330  FEDERAL           [ ] 368 ASBESTOS PERSONAL                                                        [ ] 430 BANKS & BANKING
          OVERPAYMENT &              EMPLOYERS'               INJURY PRODUCT                                **PROPERTY RIGHTS**         [ ] 450 COMMERCE
          ENFORCEMENT                LIABILITY                LIABILITY                                                                 [ ] 460 DEPORTATION
          OF JUDGMENT       [ ] 340  MARINE                                        [ ] 820 COPYRIGHTS   [ ] 880 DEFEND TRADE SECRETS ACT [ ] 470 RACKETEER INFLU-
[ ] 151   MEDICARE ACT      [ ] 345  MARINE PRODUCT    **PERSONAL PROPERTY**       [ ] 830 PATENT                                             ENCED & CORRUPT
[ ] 152   RECOVERY OF                LIABILITY                                     [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION           ORGANIZATION ACT
          DEFAULTED         [ ] 350  MOTOR VEHICLE     [ ] 370 OTHER FRAUD         [ ] 840 TRADEMARK                                        (RICO)
          STUDENT LOANS     [ ] 355  MOTOR VEHICLE     [ ] 371 TRUTH IN LENDING                                                         [ ] 480 CONSUMER CREDIT
          (EXCL VETERANS)            PRODUCT LIABILITY                                                       **SOCIAL SECURITY**        [ ] 485 TELEPHONE CONSUMER
[ ] 153   RECOVERY OF       [ ] 360  OTHER PERSONAL                                                                                           PROTECTION ACT
          OVERPAYMENT                INJURY            [ ] 380 OTHER PERSONAL      **LABOR**                [ ] 861 HIA (1395ff)
          OF VETERAN'S      [ ] 362  PERSONAL INJURY -         PROPERTY DAMAGE                             [ ] 862 BLACK LUNG (923)     [ ] 490 CABLE/SATELLITE TV
          BENEFITS                   MED MALPRACTICE   [ ] 385 PROPERTY DAMAGE     [ ] 710 FAIR LABOR      [ ] 863 DIWC/DIWW (405(g))
[ ] 160   STOCKHOLDERS                                         PRODUCT LIABILITY          STANDARDS ACT    [ ] 864 SSID TITLE XVI        [ ] 850 SECURITIES/
          SUITS                                                                    [ ] 720 LABOR/MGMT      [ ] 865 RSI (405(g))                COMMODITIES/
[ ] 190   OTHER                                        **PRISONER PETITIONS**             RELATIONS                                           EXCHANGE
          CONTRACT                                     [ ] 463 ALIEN DETAINEE      [ ] 740 RAILWAY LABOR ACT                            [ ] 890 OTHER STATUTORY
[ ] 195   CONTRACT          **ACTIONS UNDER STATUTES** [ ] 510 MOTIONS TO          [ ] 751 FAMILY MEDICAL  **FEDERAL TAX SUITS**              ACTIONS
          PRODUCT                                              VACATE SENTENCE           LEAVE ACT (FMLA)                               [ ] 891 AGRICULTURAL ACTS
          LIABILITY         **CIVIL RIGHTS**                   28 USC 2255                                 [ ] 870 TAXES (U.S. Plaintiff or  [ ] 893 ENVIRONMENTAL
[ ] 196   FRANCHISE                                    [ ] 530 HABEAS CORPUS       [ ] 790 OTHER LABOR            Defendant)                  MATTERS
                            [ ] 440  OTHER CIVIL RIGHTS [ ] 535 DEATH PENALTY             LITIGATION        [ ] 871 IRS-THIRD PARTY      [ ] 895 FREEDOM OF
                                     (Non-Prisoner)    [ ] 540 MANDAMUS & OTHER    [ ] 791 EMPL RET INC           26 USC 7609                  INFORMATION ACT
**REAL PROPERTY**           [ ] 441  VOTING                                               SECURITY ACT (ERISA)                          [ ] 896 ARBITRATION
                            [ ] 442  EMPLOYMENT                                                                                         [ ] 899 ADMINISTRATIVE
[ ] 210   LAND              [ ] 443  HOUSING/          **PRISONER CIVIL RIGHTS**   **IMMIGRATION**                                            PROCEDURE ACT/REVIEW OR
          CONDEMNATION               ACCOMMODATIONS                                                                                           APPEAL OF AGENCY DECISION
[ ] 220   FORECLOSURE       [ ] 445  AMERICANS WITH    [ ] 550 CIVIL RIGHTS        [ ] 462 NATURALIZATION
[ ] 230   RENT LEASE &               DISABILITIES -    [ ] 555 PRISON CONDITION           APPLICATION                                   [ ] 950 CONSTITUTIONALITY OF
          EJECTMENT                  EMPLOYMENT        [ ] 560 CIVIL DETAINEE      [ ] 465 OTHER IMMIGRATION                                  STATE STATUTES
[ ] 240   TORTS TO LAND     [ ] 446  AMERICANS WITH           CONDITIONS OF CONFINEMENT  ACTIONS
[ ] 245   TORT PRODUCT               DISABILITIES -OTHER
          LIABILITY         [ ] 448  EDUCATION
[ ] 290   ALL OTHER
          REAL PROPERTY

*Check if demanded in complaint:*

☐ CHECK IF THIS IS A **CLASS ACTION**       DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
  UNDER F.R.C.P. 23                          AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
                                             IF SO, STATE:

DEMAND $_____   OTHER _____      JUDGE _____ DOCKET NUMBER_____

*Check YES only if demanded in complaint*
JURY DEMAND:   YES  ☐   NO  ☐          NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)* **ORIGIN**

☐ 1 Original Proceeding
☐ 2 Removed from State Court
    ☐ a. all parties represented
    ☐ b. At least one party is pro se.
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from (Specify District)
☐ 6 Multidistrict Litigation (Transferred)
☐ 7 Appeal to District Judge from Magistrate Judge
☐ 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)* **BASIS OF JURISDICTION**    *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

1 U.S. PLAINTIFF    2 U.S. DEFENDANT    3 FEDERAL QUESTION (U.S. NOT A PARTY)    4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I have reviewed Rules 18(a) and 20(a) of the Rules for the Division of Business Among District Judges, Southern District of New York, and I hereby certify that this case should be assigned to the courthouse indicated below pursuant thereto.

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    ☐ WHITE PLAINS    ☐ MANHATTAN

DATE    *Jacob Aronauer*    SIGNATURE OF ATTORNEY OF RECORD    ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[ ] YES (DATE ADMITTED Mo. _____ Yr. _____)

RECEIPT #    Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so designated.

Tammi M. Hellwig, Clerk of Court by _____ Deputy Clerk, Dated _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)