AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Shalane Hosein, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-09397 |
| Sonder USA, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, et al.

Date: 11/13/2025

/s Brian E. Nettle
*Attorney's signature*

Brian E. Nettle (# 5761978)
*Printed name and bar number*

Nettle Law LLC
3119 Newtown Avenue Suite 502
Astoria, New York 11102
*Address*

geno@nettle-law.com
*E-mail address*

(646) 992-9213
*Telephone number*

(888) 583-9968
*FAX number*