UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHALANE HOSEIN, on behalf of herself and others similarly situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>SONDER USA INC.,<br><br>                    Defendant. | Civil Case No.: 1:25-cv-09397 |

## NOTICE OF BANKRUPTCY

Non-Party Jami Nimeroff, the Court appointed Chapter 7 trustee (the "Trustee") for Sonder Holdings, Inc. and its affiliated debtors, hereby advises this Court that the Defendant, Sonder USA, Inc. ("Sonder"), has filed for bankruptcy. In particular, on November 14, 2025, Sonder and its affiliated debtors each filed a Voluntary Petition for relief under chapter 7 of title 11 of the United States Code with the United States Bankruptcy Court for the District of Delaware, which bankruptcy cases are being jointly administered under Case No. 25-12040-KBO, and which bankruptcy cases, as of the date hereof, are still pending.

Respectfully submitted,

Dated:  January 26, 2026                    DUANE MORRIS LLP

/s/ Lawrence J. Kotler
Lawrence J. Kotler (LK-8177)
22 Vanderbilt
335 Madison Avenue, 23rd Floor
New York, NY 10017
Tel: 212-692-1000
Fax: 212-692-1020
Email:ljkotler@duanemorris.com
*Counsel to the Trustee*